STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. STAN-
LEY SAKOWICZ, PLAINTIFF IN ERROR.

Submitted March 26, 1923—Decided June 18, 1923.

On appeal from the Supreme Court, in which the follow-
ing *per curiam* was filed:

"The defendant was convicted in the Third Criminal Court
of Newark, under a complaint charging him with driving
an automobile on a public thoroughfare, in Newark, while
intoxicated. His conviction was reviewed in the Common
Pleas of Essex, and there affirmed, and that affirmance is
before us for review on this writ of *certiorari*.

"The complaint charges that the offense was committed
'on a public thoroughfare, to wit, "Weequahick Park."' The
prosecutor contends that under the act which provides a pen-
alty for driving in such a condition, upon a public street or
highway, the complaint is insufficient, since a public park is
not a street or highway. In this we cannot concur, since
every public thoroughfare is in legal effect a public highway,
for the purposes of this act.

"We think also, that the conviction of the defendant was
justified by the evidence, as there was ample testimony that
he was intoxicated at the time he was driving.

"We deem the conviction sufficient in form and substance.
It is, 'I thereupon adjudge the said Stanley Sakowics to be
a disorderly person, and guilty as charged, and order him
committed to the county jail for thirty days.'

"There are cases which hold that a defendant must first
be found guilty of the offence charged, and then adjudged a
disorderly person. The conviction here is tantamount to
finding him guilty as a disorderly person, and then imposing
the judgment. The finding and the conviction are one. The
order of their expression is essntially the same, in legal effect,

as though there had been a formal finding of the violation, and therafter an imposition of the judgment. In nowise can the defendant be said to be prejudiced by a joint finding of guilt and judgment thereon.

"The conviction will be affirmed."

For the plaintiff in error, *William R. Wilson.*

For the defendant in error, *John O. Bigelow,* prosecutor of the pleas.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, KALISCH, BLACK, KATZENBACH, WHITE, HEPPENHEIMER, ACKERSON, VAN BUSKIRK, JJ.   10.

*For reversal*—None.